# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE JUAREZ, | Case No. CV 18-6421 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DISCOVER BANK, | |
| Defendant. | |

Pursuant to 9 U.S.C. §§ 9 and 13 and the Court's Order regarding defendant Discover Bank's ("defendant") Motion to Lift Stay, Confirm Stipulated Arbitration Award on Discover's Counterclaim, and Enforce Appeal Provision of Arbitration Agreement as to Plaintiff's Claims (Dkt. 18, "Motion"), issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED that judgment is entered in favor of defendant against plaintiff Candice Juarez ("plaintiff") in the amount of $9,225.83, plus interest at a rate of ten percent annum from September 9, 2019.

Pursuant to 9 U.S.C. § 3 and the Court's Order regarding defendant's Motion, plaintiff's claims are again referred to arbitration in accordance with the Cardmember Agreement with defendant. The matter will remain stayed, without prejudice to the right of the parties to reopen the proceedings to enforce the arbitration panel's decision.

Dated this 30th day of December, 2021.

/s/
Fernando M. Olguin
United States District Judge